William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
488 Madison Avenue, Suite 1100
New York, New York 10022
Phone: (212) 286-1425; Fax: (646) 688-3078

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

ELAINE HANCHARD-JAMES, Individually      :
and on Behalf of All Other Persons Similarly Situated      :      ECF
     :      12 Civ. 01922-BMC

                 Plaintiff,      :
     :
            -against-      :
     :

THE BROOKDALE HOSPITAL MEDICAL CENTER,      :
THE BROOKDALE UNIVERSITY HOSPITAL AND      :
MEDICAL CENTER, ALTHEA BAILEY and      :
JOHN DOES #1-10      :
     :
               Defendants.      :

-------------------------------------------------------------------X

## DECLARATION OF ELAINE HANCHARD-JAMES

Submitted:

s/William C. Rand, Esq.

William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
488 Madison Avenue, Suite 1100
New York, New York 10022
Phone: (212) 286-1425; Fax: (646) 688-3078

## DECLARATION OF ELAINE HANCHARD-JAMES

I, **ELAINE HANCHARD-JAMES**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true:

1.      I was employed full time by THE BROOKDALE HOSPITAL MEDICAL CENTER, THE BROOKDALE UNIVERSITY HOSPITAL AND MEDICAL CENTER., and ALTHEA BAILEY (together "Defendant") as a Registered Nurse ("RN") for a number of months from about August 2008 until about January 2011 (the "time period").

2.      During the time period, I worked for Defendant at the Brookdale Hospital Medical Center, located at One Brookdale Plaza, Brooklyn, N.Y. 11212.

3.      During the time period, I was given a list of assignments to be completed before I could go home.  These assignments included, among other tasks, drawing blood, administering medication, monitoring patients, and documenting all activities.

4.      At the beginning of the time period, starting August 2008, I was paid $37.50 per hour.  Later, my hourly rate was increased to $40.00 per hour.

5.      I have attached as Exhibit A a copy of certain of my payroll receipts demonstrating that I was not paid a salary, but instead was paid hourly.

6.      During the time period, I generally worked on a rotating five to six days a week schedule.

7.      During the time period, I generally worked on a scheduled evening tour, from about 4 p.m. until about 12:15 a.m.

8.      During the time period, in addition to my scheduled five day tour, I was scheduled to work an additional day.   I was paid overtime for the hours scheduled to work on this additional day.

9.      During the time period, I generally worked 60-70 hours per week.

10.     During the time period, I was generally only paid time and one half my hours worked over forty (40) in a workweek ("overtime"), for the hours for which Defendant gave me credit.

11.     During the time period, I clocked-in and clocked-out of my job using a fingerprint time clock.

12.     Upon information and belief, the clock-in/clock-out records will accurately show all of my hours worked.

13.     During the time period, I generally worked past my scheduled tour time, and worked until about 12:30 a.m. to 1:30 a.m.

14.     Although I was generally scheduled to clock-out at 12:15 a.m., I generally did not clock-out until about 12:30 a.m. to 1:30 a.m.

15.     I have attached as Exhibit B certain of my electronic time records which demonstrate that I often worked past 12:30 a.m.

16.     On certain days, I also worked a double shift working from 4:00 p.m. until 8:30 a.m. and was not paid any spread of hours wages for this 16.5 hour shift.

17.     Upon information and belief, Defendant knew or should have known I was working past by scheduled tour and not being compensated for those hours because Defendant has records of my electronic clock-in/clock-out times, and my payroll records.

18.     I was required to work past my scheduled tour because I was required to complete my work duties and documentation duties before stopping work.

19.     I was responsible for at least nine patients, whose names were given to me at the beginning of each shift by a posting on the blackboard in the floor reception area.    For each patient, I was required to complete a general assessment prior to the patients' mealtime, which

2

took place at about 5:00 p.m.  A general assessment included, among other things, a neurological assessment, heart monitoring, mobility/ambulatory check, blood pressure and blood glucose check, skin condition check, and a review of vital signs.

20.    After the general assessments were completed, the patients had their mealtime.

21.    During the patient mealtime, I had to do rounds in order to make sure that patients were eating, and not experiencing gastrointestinal problems.  I also had some patients on tube-feeds.

22.    After the patient mealtime, I had to again do rounds to administer medication and perform other tasks, including but not limited to, inserting catheters, performing Electrocardiogram tests, administering blood transfusions, administering intravenous fluids, and giving antibiotic and other injections.

23.    During the time period, I was required to stop what I was doing and assist anyone who needed help during an emergency situation.

24.    During the time period, I was also required to go to the pharmacy and pick up additional medication.

25.    I was required to check the charts of my patients on an hourly basis for potential doctor updates.

26.    I was also responsible for the admission of new patients.  The admission process took about 45 minutes to an hour, per new patient.  The process included a total body system assessment, patient documentation, and blood drawing.

27.    During the time period, I was also required to assist with transporting the critically ill patients to and from diagnostic procedures, and I often was required to stay with the patient until the procedure was completed.

3

28.     During the time period, I was required to give bed baths to the critically ill patients on ventilators.

29.     At 10:00 p.m., I was required to make another medication round.

30.     I was required to continually update the patient charts and was required to fill out additional reports if any special events occurred such as cardiac arrests, chest pains or breathing complications.

31.     Additionally, on days that patients had emergency cardiac arrests, I had to respond to the emergency, stabilize the patient and then fill out CODE paperwork.

32.     Therefore, during the time period, due to all of my regular responsibilities, the documentation, additional CODE paperwork, occasional emergencies, and understaffing, I generally worked past my scheduled tour.

33.     During the time period, Defendant failed to pay any wages for hours worked after the end of my scheduled tour.

34.     During the time period, Defendant failed to pay me spread of hours premium pay for hours worked at least ten hours apart.

35.     During the time period, Defendant did not post any notice indicating that RN employees had a right to minimum wages and/or overtime.

36.     During the time period, I did not have a meal break because I was always on call during my meal break.

37.     As a RN, I was required to always be ready and willing to provide needed assistance if an emergency occurs.  As a result, during the time period, I often was called back to work before my meal break was over.  Despite being on call and often having to return before

4

the end of my meal break, Defendant deducted an hour and fifteen minutes from my hours worked.

38.     The Brookdale Hospital Medical Center is equipped with loud speakers throughout the building.  If an emergency occurred with a patient on my floor, I would hear it over the load speaker.

39.     I was expected to drop everything, and immediately return to my floor to assist in the emergency situation.

40.     Additionally, the Brookdale Hospital Medical Center generally has designated staff eating areas, with microwaves and refrigerators, on the floors with patients, for the nurses to eat their meals (the "staff area").

41.     During the time period, I generally ate in the staff area.

42.     If an emergency occurred while I was in eating in the staff area, regardless of whether the patient in need was under my care or not, I was required to assist with the emergency.

43.     Additionally, I was accessible to the patients' visitors, who generally always had questions about the patient.

44.     Therefore, during the meal break, I often had to spend time answering the visitors' questions.

45.     During the time period, I generally complained to my supervisor, Althea Bailey, on a monthly basis, about not being paid for hours worked past my scheduled tour, and about having to work during my meal breaks.  Ms. Bailey ignored my complaints.

46.     During the time period, I also complained to my union, 1199 SEIU, about not getting paid for my hours worked past my scheduled tour.

5

47.    Specifically, I complained numerous times to Brian Joseph ("Joseph"), 1199

SEIU's union representative of Registered Nurses, about (1) not getting paid for my hours

worked past my scheduled tour, (2) not having enough nursing staff at the hospital, and (3) not

receiving a meal break because I was always on call during the meal break.

48.    Joseph disregarded and did not respond to my repeated complaints.

49.    Upon information and belief, I worked for Defendant with at least 50 other similar

RN employees who performed similar work as mine.

50.    My duties as a RN did not include managerial responsibilities.

51.    In addition to myself, during the time period, I am aware and have personal

knowledge of other persons employed by Defendants as RN who performed the same or similar

work as myself, and were paid an hourly rate.  Upon information and belief, Defendants hired at

least 50 of such similar RNs.

52.    I and the other similar RN employees regularly worked more than forty (40)

hours per week for Defendant.

53.    I and these other similar RN employees worked more than forty (40) hours per

week and were paid our hourly rates for scheduled hours worked, and were paid overtime for

scheduled overtime hours, but were not paid any wages for hours worked outside of our

scheduled tour hours.

54.    I know that others like me were not paid any wages, overtime wages, or spread of

hours pay for hours worked past our scheduled tour by Defendant because I frequently discussed

the issue with these other similar RN employees, including but not limited to Lorna Johnson, Ms.

Cox (first name unknown), and Maude Desilus, who all said that they worked past their

6

scheduled tour time and generally worked through their meal break, and were never paid any wages by Defendant for these hours worked.

55.     Throughout the time period that I worked for Defendant, and, upon information and belief, both before that time and continuing until the present, Defendant has likewise employed other individuals, like myself, in positions as RNs.

56.     Such individuals have worked in excess of forty (40) hours a week and/or in excess of a spread of ten hours, yet the Defendant has likewise willfully failed to pay them any wages for their hours worked past their scheduled tour, and overtime compensation of one and one-half times their regular hourly rate and an extra hour of pay for each day on which they worked a spread of hours over ten hours.

Dated: July 3, 2012

*Elaine Hanchard-James R.N.*
_____
**ELAINE HANCHARD-JAMES**

7

# EXHIBIT A

# EXHIBIT B

# EXHIBIT A

9

THE BROOKDALE HOSPITAL MEDICAL CENTER
THE SCHLAIRO AND ROSANNE INSTITUTE
THE SCHLAIRO FAMILY CARE CENTER INC.
URBAN STRATEGIES BROOKDALE FAMILY CARE CENTER INC.
1 BROOKDALE PLAZA - BROOKLYN, NY 11212

**EMP NAME** HANCHARD-JAMES, ELAINE

| DESC. | HRS | RATE | EARNINGS | YTD |
|---|---|---|---|---|
| REGULAR | 75.00 | 38.886 | 2916.50 | 36747.89 |
| OVERTIM | 30.00 | 58.329 | 1749.88 | 24317.48 |
| VACATIO | | | | 5833.00 |
| HOLIKD | | | | 1749.88 |
| HOLIDAY | | | | 1666.60 |
| ENPT-PA | | | | 87495 |
| PERSONA | | | | 58330 |
| UNIFORM | | | | 21250 |

| | EARNINGS | |
|---|---|---|
| TOTAL HRS: | 105.00 | |
| | CURRENT | |
| GROSS WAGES | $4,666.38 | |
| TAXABLE WAGES | $4,666.38 | |

SS # XXX-XX-5466    08/06/10    07/31/10    EMP # 29411

| DESC. | CURRENT | YTD |
|---|---|---|
| 11.99DU | 583 | 58393 |
| 11.99PA | 500 | 4000 |
| FED | 104256 | 1579022 |
| SOCSEC | 28932 | 443211 |
| MEDICA | 6766 | 103654 |
| NYSTAT | 29616 | 49312 |
| NYCITY | 16746 | 255234 |

| | DEDUCTIONS | |
|---|---|---|
| | YTD | $71,485.60 |
| NET | | $71,485.60 |

**DEPT** B0610 3452    20320643

| DESC. | CURRENT | YTD |
|---|---|---|

| | CURRENT | YTD |
|---|---|---|
| | $1,926.49 | $28,927.66 |
| | $2,789.89 | $42,557.94 |

THE BROOKDALE HOSPITAL MEDICAL CENTER
URBAN STRATEGIES / BROOKDALE FAMILY CARE CENTER INC.
1 BROOKDALE PLAZA - BROOKLYN, NY 11212
THE SCHULMAN AND SCHACHNE INSTITUTE
BROOKDALE FAMILY CARE CENTER INC.

| EMP NAME | HANCHARD-JAMES, ELAINE | | 08/20/10 | SS # XXX-XX-5466 | 08/14/10 | EMP # 29411 | DEPT B0610 3462 | 20321608 |

### EARNINGS

| DESC. | HRS | RATE | EARNINGS | YTD |
|---|---|---|---|---|
| REGULAR | 6000 | 4.0028 | 240168 | 3973287 |
| OVERTIM | 1500 | 6.0042 | 90062 | 252181.0 |
| REGULAR | 1500 | 3.8886 | 58330 | |
| UNIFORM | | | 212150 | |
| VACATIO | | | | 425.00 |
| HOLWKD | | | | 583300 |
| HOLIDAY | | | | 174988 |
| HOLIDAY | | | | 116650 |
| BNFT-PA | | | | 87495 |
| PERSONA | | | | 58330 |

### DEDUCTIONS

| DESC. | CURRENT | YTD | DESC. | CURRENT | YTD |
|---|---|---|---|---|---|
| 1.19DU | 16657 | 60000 | | | |
| FED | 83344 | 1.667366 | | | |
| SOCSEC | 25408 | 468619 | | | |
| MEDICA | 5942 | 109596 | | | |
| NYSTAT | 24998 | 474310 | | | |
| NYCITY | 144/73 | 269707 | | | |
| 1.99PA | | 40000 | | | |

| TOTAL HRS: | 90.00 | | | | |
|---|---|---|---|---|---|
| | CURRENT | YTD | | CURRENT | YTD |
| GROSS WAGES | $4,098.10 | $75,583.70 | DEDUCTIONS | $1,608.32 | $30,535.98 |
| TAXABLE WAGES | $4,098.10 | $75,583.70 | NET | $2,489.78 | $45,047.72 |
| COMMENTS | | | | | |

— To Remove Document Fold and Tear Along This Perforation —

THE BROOKDALE HOSPITAL MEDICAL CENTER
URBAN STRATEGIES LENOX ROAD - BROOKLYN, NY 11213

THE SCHULMAN AND SCHACHNE INSTITUTE
BROOKDALE FAMILY CARE CENTER INC.

**CHECK DATE** 09/17/10  **PAY PERIOD ENDING** 09/11/10  **CHECK NUMBER** 20322500

**EMP NAME** HANCHARD-JAMES, ELAINE

**SS #** XXX-XX-5466   **EMP #** 29411   **DEPT** B0610 3452

| EARNINGS | | | | | DEDUCTIONS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DESC. | HRS | RATE | EARNINGS | YTD | DESC. | CURRENT | YTD | DESC. | CURRENT | DESC. | CURRENT | YTD |
| REGULAR | 6000 | 40028 | 240168 | 4483644 | 1199DU | 1496 | 67500 | | | |
| OVERTIM | 1500 | 60042 | 90062 | 2837028 | FED | 82873 | 1870939 | | | |
| SICK | 1500 | 40028 | 60042 | 60042 | SOCSEC | 24196 | 525388 | | | |
| VACATIO | | | | 583300 | MEDICA | 5659 | 122873 | | | |
| HOLWKD | | | | 174988 | NYSTAT | 23506 | 532212 | | | |
| HOLIDAY | | | | 116660 | NYCITY | 13692 | 302494 | | | |
| PERSONA | | | | 88351 | 1199PA | | 4500 | | | |
| BNFT-PA | | | | 87495 | | | | | | |
| UNIFORM | | | | 42500 | | | | | | |

| | CURRENT | YTD | | CURRENT | YTD | | DEDUCTIONS | | DEDUCTIONS | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL HRS: 90.00 | | | | | | | | | | $1,514.22 | $34,269.08 |
| GROSS WAGES | $3,902.72 | | | $84,740.08 | | | NET | | | $2,388.50 | $50,481.02 |
| TAXABLE WAGES | $3,902.72 | | | $84,740.08 | | | | | | |
| COMMENTS | | | | | | | | | | |

*— To Remove Document Fold and Tear Along This Perforation —*

THE BROOKDALE HOSPITAL MEDICAL CENTER    THE SCHULMAN AND SCHACHNE INSTITUTE
URBAN BEHAVIORAL DEVELOPMENTAL FAMILY CARE CENTER INC.    BROOKDALE FAMILY CARE CENTER INC.
1 BROOKDALE PLAZA · BROOKLYN, NY 11212

| EMP NAME | HANCHARD-JAMES, ELAINE | SS# | XXX-XX-5466 | 10/29/10 | EMP # | 29411 | 10/29/10 | DEPT | B0610 3452 | 20202314 |

### EARNINGS

| DESC. | HRS | RATE | EARNINGS | YTD |
|---|---|---|---|---|
| REGULAR | 67.50 | 40.028 | 270189 | 5292311 |
| OVERTIM | 41.50 | 60.042 | 249173 | 3176263 |
| PERSONA | 7.50 | 40.028 | 30021 | 118372 |
| VACATIO | | | | 583300 |
| HOLWKD | | | | 174988 |
| HOLIDAY | | | | 146681 |
| SICK-PA | | | | 87435 |
| ENFT-PA | | | | 60012 |
| UNIFORM | | | | 42500 |

### DEDUCTIONS

| DESC. | CURRENT | YTD | DESC. | CURRENT | YTD |
|---|---|---|---|---|---|
| FED | 127424 | 2130333 | | | |
| SOCSEC | 34662 | 600399 | | | |
| MEDICA | 7966 | 140416 | | | |
| NYSTAT | 36351 | 607075 | | | |
| NYCITY | 20056 | 345130 | | | |
| 1199DU | | 75000 | | | |
| 1199PA | | 50,00 | | | |

| TOTAL HRS: 116.50 | | CURRENT | YTD | | CURRENT | YTD |
|---|---|---|---|---|---|---|
| GROSS WAGES | | $5,493.83 | $96,838.52 | DEDUCTIONS | $2,258.59 | $39,033.53 |
| TAXABLE WAGES | | $5,493.83 | $96,838.52 | NET | $3,235.24 | $57,804.99 |

**EXHIBIT B**

10

## Time Detail

| | | |
|---|---|---|
| Time Period: | 8/04/2008 - 1/11/2011 | |
| Query: | Previously Selected Employee(s) | |
| Actual/Adjusted: | Actual hours only | |

| | | |
|---|---|---|
| Data Up to Date: | 6/4/2012 3:13:58 PM | |
| Executed on: | 6/4/2012 3:14:06 PM | |
| Printed for: | tcornet | |
| Insert Page Break After Each Employee: | | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/27/2008 | Thanksgiving Day | | | | | | 7:30 | | 646:06 |
| 11/29/2008 | | 3:54:00 PM | | 12:32:00 AM | | | | 7:47 | 653:53 |
| | | | | | LV | | | | |
| 11/30/2008 | | 3:56:00 PM | | 12:17:00 AM | | | | 7:32 | 661:25 |
| 12/1/2008 | | 3:57:00 PM | | 8:30:00 AM | | | | 15:00 | 676:25 |
| | | | | | VL | | | | |
| 12/3/2008 | | 3:56:00 PM | | 12:20:00 AM | | | | 7:35 | 684:00 |
| | | | | | LV | | | | |
| 12/4/2008 | | 3:56:00 PM | | 8:30:00 AM | | | | 15:00 | 699:00 |
| | | | | | VL | | | | |
| 12/5/2008 | | 3:55:00 PM | | 12:16:00 AM | | | | 7:31 | 706:31 |
| 12/8/2008 | | 3:59:00 PM | | 12:25:00 AM | | | | 7:40 | 714:11 |
| | | | | | LV | | | | |
| 12/9/2008 | | 4:00:00 PM | | 12:19:00 AM | | | | 7:34 | 721:45 |
| 12/10/2008 | | 3:51:00 PM | | 12:35:00 AM | | | | 7:50 | 729:35 |
| | | | | | LV | | | | |
| 12/11/2008 | | 3:57:00 PM | | 12:20:00 AM | | | | 7:38 | 737:13 |
| | | | US | | | | | | |
| 12/12/2008 | | 3:56:00 PM | | 12:19:00 AM | | | | 7:34 | 744:47 |
| 12/13/2008 | | 4:01:00 PM | | 12:19:00 AM | | | | 7:34 | 752:21 |
| 12/14/2008 | | 3:56:00 PM | | 12:33:00 AM | | | | 7:48 | 760:09 |
| | | | | | LV | | | | |
| 12/15/2008 | | 4:03:00 PM | | 12:42:00 AM | | | | 7:54 | 768:03 |
| | | | US | | | | | | |
| 12/16/2008 | | 3:58:00 PM | | 12:28:00 AM | | | | 7:43 | 775:46 |
| | | | | | LV | | | | |
| 12/17/2008 | | 3:58:00 PM | | 12:21:00 AM | | | | 7:36 | 783:22 |
| | | | | | LV | | | | |
| 12/18/2008 | | 3:57:00 PM | | 8:32:00 AM | | | | 15:02 | 798:24 |
| | | | | | VL | | | | |
| 12/19/2008 | HOLIDAY | | | | | | 7:30 | | 805:54 |
| 12/21/2008 | | 3:58:00 PM | | 12:25:00 AM | | | | 7:42 | 813:36 |
| | | | US | | | | | | |
| 12/22/2008 | | 3:59:00 PM | | 12:30:00 AM | | *FJB DOUBLE 36 45L 2* | | | 7:45 | 821:21 |
| | | | | | LV | | | | |
| 12/23/2008 | HOLIDAY | | | | | | 7:30 | | 828:51 |
| 12/24/2008 | | 3:56:00 PM | | 9:11:00 AM | | | | 15:41 | 844:32 |
| | | | | | VL | | | | |
| 12/25/2008 | HOLIDAY | | | | | | 7:30 | | 852:02 |
| 12/25/2008 | Christmas Day | | | | | | 7:30 | | 859:32 |
| 12/26/2008 | | 3:57:00 PM | | 8:37:00 AM | | | | 15:10 | 874:42 |
| | | | US | | | | | | |
| 12/27/2008 | | 3:55:00 PM | | 12:27:00 AM | | | | 7:42 | 882:24 |
| | | | | | LV | | | | |
| 12/28/2008 | | 3:53:00 PM | | 12:19:00 AM | | | | 7:34 | 889:58 |
| 12/29/2008 | | 3:49:00 PM | | 12:25:00 AM | | | | 7:40 | 897:38 |
| | | | | | LV | | | | |
| 12/30/2008 | | 3:59:00 PM | | 12:58:00 AM | | | | 8:13 | 905:51 |
| | | | | | VL | | | | |
| 12/31/2008 | | 5:45:00 PM | | 1:36:00 AM | | | | 7:06 | 912:57 |
| | | | US | | | | | | |
| 1/1/2009 | | 4:01:00 PM | | 8:37:00 AM | | | | 15:07 | 928:04 |
| | | | | | VL | | | | |
| 1/1/2009 | New Years Day | | | | | | 7:30 | | 935:34 |

## Time Detail

| | |
|---|---|
| Time Period: | 8/04/2008  -  1/11/2011 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual hours only |

| | |
|---|---|
| Data Up to Date: | 6/4/2012 3:13:58 PM |
| Executed on: | 6/4/2012 3:14:06 PM |
| Printed for: | tcornet |
| Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: Work Rule | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1/2/2009 | | 3:57:00 PM | | 12:26:00 AM | LV | | | 7:41 | 943:15 |
| 1/5/2009 | | 3:57:00 PM | | 8:30:00 AM | VL | | | 15:00 | 958:15 |
| 1/6/2009 | | 3:56:00 PM | | 12:27:00 AM | LV | | | 7:42 | 965:57 |
| 1/7/2009 | | 3:56:00 PM | | 12:24:00 AM | LV | | | 7:39 | 973:36 |
| 1/9/2009 | | 3:58:00 PM | | 8:33:00 AM | VL | | | 15:03 | 988:39 |
| 1/10/2009 | | 3:57:00 PM | | 12:17:00 AM | | | | 7:32 | 996:11 |
| 1/11/2009 | | 4:01:00 PM | | 8:31:00 AM | VL | | | 15:01 | 1011:12 |
| 1/13/2009 | | 4:04:00 PM | | 12:29:00 AM | LV | | | 7:44 | 1018:56 |
| 1/14/2009 | | 3:56:00 PM | | 12:29:00 AM | LV | | | 7:44 | 1026:40 |
| 1/15/2009 | | 3:58:00 PM | | 8:30:00 AM | VL | | | 15:00 | 1041:40 |
| 1/16/2009 | | 4:00:00 PM | | 8:50:00 AM | VL | | | 15:20 | 1057:00 |
| 1/19/2009 | | 3:58:00 PM | | 8:37:00 AM | VL | | | 15:07 | 1072:07 |
| 1/19/2009 | Martin Luther King Day | | | | | | 7:30 | | 1079:37 |
| 1/20/2009 | HOLIDAY | | | | | | 7:30 | | 1087:07 |
| 1/21/2009 | | 3:58:00 PM | | 12:21:00 AM | LV | | | 7:36 | 1094:43 |
| 1/23/2009 | | 3:59:00 PM | | 8:33:00 AM | VL | | | 15:03 | 1109:46 |
| 1/24/2009 | | 3:54:00 PM | | 8:30:00 AM | VL | | | 15:00 | 1124:46 |
| 1/25/2009 | | 3:58:00 PM | | 8:33:00 AM | VL | | | 15:03 | 1139:49 |
| 1/27/2009 | | 3:57:00 PM | | 1:04:00 AM | VL | | | 8:19 | 1148:08 |
| 1/28/2009 | | 3:53:00 PM | | 12:23:00 AM | LV | | | 7:38 | 1155:46 |
| 1/29/2009 | | 4:01:00 PM | | 12:22:00 AM | LV | | | 7:37 | 1163:23 |
| 1/30/2009 | HOLIDAY | | | | | | 7:30 | | 1170:53 |
| 2/2/2009 | | 3:57:00 PM | | 8:33:00 AM | VL | | | 15:03 | 1185:56 |
| 2/3/2009 | | 4:00:00 PM | | 12:23:00 AM | LV | | | 7:38 | 1193:34 |
| 2/4/2009 | | 3:57:00 PM | | 12:26:00 AM | LV | | | 7:41 | 1201:15 |
| 2/5/2009 | | 4:01:00 PM | | 8:35:00 AM | VL | | | 15:05 | 1216:20 |
| 2/6/2009 | | 11:53:00 PM | | 8:40:00 AM | US | | | 8:02 | 1224:22 |
| 2/7/2009 | | 4:00:00 PM | | 12:32:00 AM | LV | | | 7:47 | 1232:09 |
| 2/8/2009 | | 3:58:00 PM | | 12:24:00 AM | LV | | | 7:39 | 1239:48 |

## Time Detail

| | | | | |
|---|---|---|---|---|
| Time Period: | 8/04/2008 - 1/11/2011 | | Data Up to Date: | 6/4/2012 3:13:58 PM |
| Query: | Previously Selected Employee(s) | | Executed on: | 6/4/2012 3:14:06 PM |
| Actual/Adjusted: | Actual hours only | | Printed for: | tcornet |
| | | | Insert Page Break After Each Employee: | No |

| Date / Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr Work Rule | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2/9/2009 | | 3:56:00 PM | | 8:42:00 AM | | | | 15:12 | 1255:00 |
| 2/11/2009 | | 3:58:00 PM | | 12:22:00 AM | VL | | | 7:37 | 1262:37 |
| 2/12/2009 | | 11:50:00 PM | | 8:43:00 AM | LV | | | 8:08 | 1270:45 |
| 2/12/2009 | HOLIDAY MARTIN LUTHER KING | | US | | | | 7:30 | | 1278:15 |
| 2/13/2009 | | 3:58:00 PM | | 8:30:00 AM | VL | | | 15:00 | 1293:15 |
| 2/16/2009 | | 3:56:00 PM | | 8:31:00 AM | VL | | | 15:01 | 1308:16 |
| 2/16/2009 | Washington Birthday | | | | | | 7:30 | | 1315:46 |
| 2/17/2009 | | 4:01:00 PM | | 8:50:00 AM | VL | | | 15:20 | 1331:06 |
| /3261///// | | | | | | | | | |
| 2/18/2009 | | 3:59:00 PM | | 1:26:00 AM | VL | | | 8:41 | 1339:47 |
| 2/19/2009 | | 3:58:00 PM | | 8:57:00 AM | VL | | | 15:27 | 1355:14 |
| 2/21/2009 | | 4:00:00 PM | | 12:25:00 AM | LV | | | 7:40 | 1362:54 |
| 2/22/2009 | | 3:59:00 PM | | 8:37:00 AM | VL | | | 15:07 | 1378:01 |
| 2/23/2009 | | 4:01:00 PM | | 12:30:00 AM | LV | | | 7:45 | 1385:46 |
| 2/25/2009 | | 3:58:00 PM | | 8:37:00 AM | VL | | | 15:07 | 1400:53 |
| /3261///// | | | | | | | | | |
| 2/26/2009 | | 3:56:00 PM | | 12:26:00 AM | LV | | | 7:41 | 1408:34 |
| 2/27/2009 | | 3:59:00 PM | | 12:32:00 AM | LV | | | 7:47 | 1416:21 |
| 3/2/2009 | | 4:05:00 PM | | 12:36:00 AM | LV | | | 7:51 | 1424:12 |
| 3/3/2009 | | 4:00:00 PM | | 12:19:00 AM | | | | 7:34 | 1431:46 |
| 3/4/2009 | HOSPITAL BUSINESS | | | | | | 7:30 | | 1439:16 |
| 3/6/2009 | | 4:03:00 PM | | 12:24:00 AM | LV | | | 7:39 | 1446:55 |
| 3/7/2009 | | 4:00:00 PM | | 9:41:00 AM | VL | | | 15:11 | 1462:06 |
| /3261///// | | | | | | | | | |
| 3/8/2009 | | 3:58:00 PM | | 8:49:00 AM | VL | | | 15:19 | 1477:25 |
| /3261///// | | | | | | | | | |
| 3/10/2009 | | 3:58:00 PM | | 12:25:00 AM | LV | | | 7:40 | 1485:05 |
| 3/11/2009 | | 3:58:00 PM | | 12:27:00 AM | LV | | | 7:42 | 1492:47 |
| 3/12/2009 | | 4:00:00 PM | | 2:02:00 AM | VL | | | 9:17 | 1502:04 |
| 3/13/2009 | HOLIDAY WASHINGTON | | | | | | 7:30 | | 1509:34 |
| 3/16/2009 | | 4:00:00 PM | | 12:25:00 AM | LV | | | 7:40 | 1517:14 |
| 3/17/2009 | | 4:03:00 PM | | 12:49:00 AM | VL | | | 8:04 | 1525:18 |

## Time Detail

| | |
|---|---|
| Time Period: | 8/04/2008 - 1/11/2011 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual hours only |

| | |
|---|---|
| Data Up to Date: | 6/4/2012 3:13:58 PM |
| Executed on: | 6/4/2012 3:14:06 PM |
| Printed for: | tcornet |
| Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: Work Rule | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3/19/2009 | | 3:57:00 PM | | 12:17:00 AM | | | | 7:32 | 1532:50 |
| 3/20/2009 | | 3:59:00 PM | | 12:30:00 AM | LV | | | 7:45 | 1540:35 |
| 3/21/2009 | | 3:59:00 PM | | 12:22:00 AM | LV | | | 7:37 | 1548:12 |
| 3/22/2009 | | 4:02:00 PM | | 1:02:00 AM | VL | | | 8:17 | 1556:29 |
| 3/23/2009 | PERSONAL | | | | | | 7:30 | | 1563:59 |
| 3/24/2009 | | 3:59:00 PM | | 12:21:00 AM | LV | | | 7:36 | 1571:35 |
| 3/25/2009 | | 3:57:00 PM | | 12:21:00 AM | LV | | | 7:36 | 1579:11 |
| 3/27/2009 | | 4:00:00 PM | | 12:23:00 AM | LV | | | 7:38 | 1586:49 |
| 3/30/2009 | | 3:56:00 PM | | 12:24:00 AM | LV | | | 7:39 | 1594:28 |
| 3/31/2009 | | 3:59:00 PM | | 12:52:00 AM | VL | | | 8:07 | 1602:35 |
| 4/1/2009 | SICK RN and LCL 144 | | | | | | 7:30 | | 1610:05 |
| 4/2/2009 | | 3:56:00 PM | | 12:23:00 AM | LV | | | 7:38 | 1617:43 |
| 4/4/2009 | | 3:50:00 PM | | 12:28:00 AM | LV | | | 7:43 | 1625:26 |
| 4/5/2009 | | 3:52:00 PM | | 12:21:00 AM | LV | | | 7:36 | 1633:02 |
| 4/6/2009 | | 3:48:00 PM | | 12:25:00 AM | LV | | | 7:40 | 1640:42 |
| 4/8/2009 | | 3:55:00 PM | | 12:25:00 AM | LV | | | 7:40 | 1648:22 |
| 4/9/2009 | | 4:00:00 PM | | 12:24:00 AM | LV | | | 7:39 | 1656:01 |
| 4/10/2009 | | 4:00:00 PM | | 12:20:00 AM | LV | | | 7:35 | 1663:36 |
| 4/13/2009 | | 4:01:00 PM | | 12:26:00 AM | LV | | | 7:41 | 1671:17 |
| 4/14/2009 | | 3:58:00 PM | | 12:28:00 AM | LV | | | 7:43 | 1679:00 |
| 4/15/2009 | | 4:01:00 PM | | 12:29:00 AM | LV | | | 7:44 | 1686:44 |
| 4/16/2009 | | 4:01:00 PM | | 12:23:00 AM | LV | | | 7:38 | 1694:22 |
| 4/18/2009 | | 3:54:00 PM | | 12:21:00 AM | LV | | | 7:36 | 1701:58 |
| 4/19/2009 | | 4:01:00 PM | | 12:40:00 AM | LV | | | 7:55 | 1709:53 |
| 4/20/2009 | PERSONAL | | | | | | 7:30 | | 1717:23 |
| 4/21/2009 | | 4:03:00 PM | | 12:26:00 AM | LV | | | 7:41 | 1725:04 |
| 4/23/2009 | | 4:00:00 PM | | 12:20:00 AM | LV | | | 7:35 | 1732:39 |
| 4/24/2009 | | 3:53:00 PM | | 12:27:00 AM | LV | | | 7:42 | 1740:21 |
| 4/27/2009 | | 3:58:00 PM | | 12:33:00 AM | LV | | | 7:48 | 1748:09 |

**Time Detail**

| | |
|---|---|
| Time Period: | 8/04/2008 - 1/11/2011 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual hours only |

| | |
|---|---|
| Data Up to Date: | 6/4/2012 3:13:58 PM |
| Executed on: | 6/4/2012 3:14:06 PM |
| Printed for: | tcornet |
| Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr- | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 4/28/2009 | | 3:57:00 PM | | 12:27:00 AM | | | | 7:42 | 1755:51 |
| | | | | | LV | | | | |
| 4/30/2009 | | 3:54:00 PM | | 12:25:00 AM | | | | 7:40 | 1763:31 |
| | | | | | LV | | | | |
| 5/1/2009 | | 4:01:00 PM | | 12:25:00 AM | | | | 7:40 | 1771:11 |
| | | | | | LV | | | | |
| 5/2/2009 | | 4:01:00 PM | | 12:31:00 AM | | | | 7:46 | 1778:57 |
| | | | | | LV | | | | |
| 5/3/2009 | | 3:58:00 PM | | 12:48:00 AM | | | | 8:03 | 1787:00 |
| | | | | | VL | | | | |
| 5/5/2009 | | 3:59:00 PM | | 12:25:00 AM | | | | 7:40 | 1794:40 |
| | | | | | LV | | | | |
| 5/6/2009 | | 3:55:00 PM | | 12:17:00 AM | | | | 7:32 | 1802:12 |
| 5/7/2009 | | 4:02:00 PM | | 12:20:00 AM | | | | 7:35 | 1809:47 |
| | | | | | LV | | | | |
| 5/8/2009 | | 4:03:00 PM | | 1:00:00 AM | | | | 8:15 | 1818:02 |
| | | | | | VL | | | | |
| 5/11/2009 | | 4:00:00 PM | | 12:34:00 AM | | | | 7:49 | 1825:51 |
| | | | | | LV | | | | |
| 5/12/2009 | | 4:01:00 PM | | 12:20:00 AM | | | | 7:35 | 1833:26 |
| | | | | | LV | | | | |
| 5/13/2009 | | 4:03:00 PM | | 12:15:00 AM | | | | 7:30 | 1840:56 |
| 5/15/2009 | | 3:56:00 PM | | 12:53:00 AM | | | | 8:08 | 1849:04 |
| | | | | | VL | | | | |
| 5/16/2009 | | 4:01:00 PM | | 12:26:00 AM | | | | 7:41 | 1856:45 |
| | | | | | LV | | | | |
| 5/17/2009 | | 4:02:00 PM | | 12:22:00 AM | | | | 7:37 | 1864:22 |
| | | | | | LV | | | | |
| 5/19/2009 | | 4:04:00 PM | | 12:53:00 AM | | | | 8:08 | 1872:30 |
| | | | | | VL | | | | |
| 5/20/2009 | | 4:05:00 PM | | 12:23:00 AM | | | | 7:38 | 1880:08 |
| | | | | | LV | | | | |
| 5/21/2009 | | 4:00:00 PM | | 12:21:00 AM | | | | 7:36 | 1887:44 |
| | | | | | LV | | | | |
| 5/22/2009 | HOLIDAY MEMORIAL DAY | | | | | | 7:30 | | 1895:14 |
| 5/25/2009 | | 3:53:00 PM | | 12:19:00 AM | | | | 7:34 | 1902:48 |
| 5/25/2009 | Memorial Day | | | | | | 7:30 | | 1910:18 |
| 5/26/2009 | | 3:49:00 PM | | 12:26:00 AM | | | | 7:41 | 1917:59 |
| | | | | | LV | | | | |
| 5/27/2009 | | 3:56:00 PM | | 12:22:00 AM | | | | 7:37 | 1925:36 |
| | | | | | LV | | | | |
| 5/29/2009 | | 4:01:00 PM | | 12:28:00 AM | | | | 7:43 | 1933:19 |
| | | | | | LV | | | | |
| 5/30/2009 | | 4:01:00 PM | | 12:59:00 AM | | | | 8:14 | 1941:33 |
| | | | | | VL | | | | |
| 6/1/2009 | | 3:54:00 PM | | 12:54:00 AM | | | | 8:09 | 1949:42 |
| | | | | | VL | | | | |
| 6/3/2009 | SICK RN and LCL 144 | | | | | | 7:30 | | 1957:12 |
| 6/4/2009 | | 3:58:00 PM | | 12:24:00 AM | | | | 7:39 | 1964:51 |
| | | | | | LV | | | | |
| 6/5/2009 | | 4:03:00 PM | | 12:25:00 AM | | | | 7:40 | 1972:31 |
| | | | | | LV | | | | |
| 6/6/2009 | | 4:01:00 PM | | 12:38:00 AM | | | | 7:53 | 1980:24 |
| | | | | | LV | | | | |

## Time Detail

| | | |
|---|---|---|
| Time Period: | 8/04/2008 - 1/11/2011 | |
| Query: | Previously Selected Employee(s) | |
| Actual/Adjusted: | Actual hours only | |

| | | |
|---|---|---|
| Data Up to Date: | 6/4/2012 3:13:58 PM | |
| Executed on: | 6/4/2012 3:14:06 PM | |
| Printed for: | tcornet | |
| Insert Page Break After Each Employee: | | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 6/8/2009 | | 3:55:00 PM | | 12:24:00 AM | LV | | | 7:39 | 1988:03 |
| 6/9/2009 | | 3:58:00 PM | | 12:23:00 AM | LV | | | 7:38 | 1995:41 |
| 6/10/2009 | | 3:55:00 PM | | 12:22:00 AM | LV | | | 7:37 | 2003:18 |
| 6/12/2009 | | 3:55:00 PM | | 1:13:00 AM | VL | | | 8:28 | 2011:46 |
| 6/13/2009 | | 4:01:00 PM | | 12:26:00 AM | LV | | | 7:41 | 2019:27 |
| 6/14/2009 | | 3:52:00 PM | | 12:24:00 AM | LV | | | 7:39 | 2027:06 |
| 6/16/2009 | | 4:02:00 PM | | 12:40:00 AM | LV | | | 7:55 | 2035:01 |
| 6/17/2009 | | 4:02:00 PM | | 12:22:00 AM | LV | | | 7:37 | 2042:38 |
| 6/18/2009 | | 4:00:00 PM | | 12:21:00 AM | LV | | | 7:36 | 2050:14 |
| 6/19/2009 | HOLIDAY JULY 4 | | | | | | 7:30 | 7:34 | 2057:44 |
| 6/22/2009 | | 4:00:00 PM | | 12:19:00 AM | | | | 7:34 | 2065:18 |
| 6/23/2009 | | 3:59:00 PM | | 12:25:00 AM | LV | | | 7:40 | 2072:58 |
| 6/24/2009 | | 3:59:00 PM | | 12:25:00 AM | LV | | | 7:40 | 2080:38 |
| 6/26/2009 | | 4:03:00 PM | | 12:42:00 AM | LV | | | 7:57 | 2088:35 |
| 6/27/2009 | | 3:57:00 PM | | 12:28:00 AM | LV | | | 7:43 | 2096:18 |
| 6/28/2009 | | 3:57:00 PM | | 12:22:00 AM | LV | | | 7:37 | 2103:55 |
| 6/30/2009 | | 4:01:00 PM | | 12:35:00 AM | LV | | | 7:50 | 2111:45 |
| 7/1/2009 | | 4:00:00 PM | | 12:24:00 AM | LV | | | 7:39 | 2119:24 |
| 7/2/2009 | | 4:02:00 PM | | 12:22:00 AM | LV | | | 7:37 | 2127:01 |
| 7/3/2009 | | 4:00:00 PM | | 12:24:00 AM | LV | | | 7:39 | 2134:40 |
| 7/4/2009 | | 11:49:00 PM | | 8:40:00 AM | US | | | 8:06 | 2142:46 |
| /3261///// | | | | | | | | | |
| 7/4/2009 | Independence Day | | | | | | 7:30 | | 2150:16 |
| 7/6/2009 | | 4:04:00 PM | | 12:29:00 AM | LV | | | 7:44 | 2158:00 |
| 7/7/2009 | | 3:56:00 PM | | 12:20:00 AM | LV | | | 7:35 | 2165:35 |
| 7/8/2009 | | 4:04:00 PM | | 12:24:00 AM | LV | | | 7:39 | 2173:14 |
| 7/10/2009 | | 4:03:00 PM | | 12:25:00 AM | LV | | | 7:40 | 2180:54 |
| 7/11/2009 | | 3:55:00 PM | | 12:26:00 AM | LV | | | 7:41 | 2188:35 |
| 7/12/2009 | | 3:59:00 PM | | 12:57:00 AM | VL | | | 8:12 | 2196:47 |

## Time Detail

| | |
|---|---|
| Time Period: | 8/04/2008 - 1/11/2011 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual hours only |

| | |
|---|---|
| Data Up to Date: | 6/4/2012 3:13:58 PM |
| Executed on: | 6/4/2012 3:14:06 PM |
| Printed for: | tcornet |
| Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: Work Rule | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/7/2009 | | 3:55:00 PM | | 12:47:00 AM | | | | 8:02 | 3195:54 |
| 12/8/2009 | | 3:56:00 PM | | 12:39:00 AM | VL | | | 7:54 | 3203:48 |
| 12/9/2009 | | 3:54:00 PM | | 12:25:00 AM | LV | | | 7:40 | 3211:28 |
| 12/11/2009 | | 3:51:00 PM | | 1:00:00 AM | LV | | | 8:15 | 3219:43 |
| 12/12/2009 | | 4:02:00 PM | | 8:30:00 AM | VL | | | 15:00 | 3234:43 |
| /3261///// | | | | | VL | | | | |
| 12/13/2009 | | 4:00:00 PM | | 12:36:00 AM | | | | 7:51 | 3242:34 |
| 12/14/2009 | | 3:52:00 PM | | 12:26:00 AM | LV | | | 7:41 | 3250:15 |
| 12/16/2009 | | 3:51:00 PM | | 12:25:00 AM | LV | | | 7:40 | 3257:55 |
| 12/17/2009 | | 3:55:00 PM | | 12:49:00 AM | LV | | | 8:04 | 3265:59 |
| 12/18/2009 | VACATION | | | | VL | | 7:30 | | 3273:29 |
| 12/19/2009 | | 3:56:00 PM | | 12:43:00 AM | | | | 8:02 | 3281:31 |
| | | | | | US | | | | 3289:01 |
| 12/21/2009 | VACATION | | | | | | 7:30 | | 3296:44 |
| 12/22/2009 | | 3:54:00 PM | | 12:28:00 AM | LV | | | 7:43 | |
| 12/23/2009 | | 3:57:00 PM | | 12:15:00 AM | | | | 7:30 | 3304:14 |
| 12/25/2009 | | 12:03:00 AM | | 8:33:00 AM | | | | 7:45 | 3311:59 |
| | | | | | US | | | | 3319:29 |
| 12/25/2009 | HOLIDAY NEW YEARS DAY | | | | | | 7:30 | | 3326:59 |
| 12/25/2009 | Christmas Day | | | | | | 7:30 | | 3342:01 |
| 12/26/2009 | | 3:54:00 PM | | 8:32:00 AM | VL | | | 15:02 | |
| 12/27/2009 | | 4:02:00 PM | | 12:24:00 AM | LV | | | 7:39 | 3349:40 |
| 12/28/2009 | | 3:58:00 PM | | 8:33:00 AM | VL | | | 15:03 | 3364:43 |
| 12/30/2009 | VACATION | | | | | | 7:30 | | 3372:13 |
| 12/31/2009 | | 3:57:00 PM | | 8:46:00 AM | VL | | | 15:16 | 3387:29 |
| 1/1/2010 | | 3:58:00 PM | | 12:54:00 AM | VL | | | 8:09 | 3395:38 |
| 1/1/2010 | New Years Day | | | | HS | | 7:30 | | 3403:08 |
| 1/2/2010 | | 3:49:00 PM | | 12:45:00 AM | US | | | 8:11 | 3411:19 |
| 1/4/2010 | VACATION | | | | | | 7:30 | | 3418:49 |
| 1/5/2010 | VACATION | | | | | | 7:30 | | 3426:19 |
| 1/6/2010 | BEREAVEMENT | | | | | | 7:30 | | 3433:49 |
| 1/8/2010 | BEREAVEMENT | | | | | | 7:30 | | 3441:19 |
| 1/9/2010 | BEREAVEMENT | | | | | | 7:30 | | 3448:49 |
| 1/10/2010 | VACATION | | | | | | 7:30 | | 3456:19 |
| 1/11/2010 | VACATION | | | | | | 7:30 | | 3463:49 |
| 1/12/2010 | VACATION | | | | | | 7:30 | | 3471:19 |
| 1/13/2010 | VACATION | | | | | | 7:30 | | 3478:49 |
| 1/14/2010 | VACATION | | | | | | 7:30 | | 3486:19 |
| 1/18/2010 | HOLIDAY MARTIN LUTHER KING | | | | | | 7:30 | | 3493:49 |
| 1/18/2010 | Martin Luther King Day | | | | | | 7:30 | | 3501:19 |

## Time Detail

| | |
|---|---|
| Time Period: | 8/04/2008 - 1/11/2011 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual hours only |

| | |
|---|---|
| Data Up to Date: | 6/4/2012 3:13:58 PM |
| Executed on: | 6/4/2012 3:14:06 PM |
| Printed for: | tcornet |
| Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1/19/2010 | | 3:51:00 PM | | 12:28:00 AM | LV | | | 7:43 | 3509:02 |
| 1/20/2010 | | 3:54:00 PM | | 12:39:00 AM | LV | | | 7:54 | 3516:56 |
| 1/22/2010 | | 3:51:00 PM | | 12:28:00 AM | LV | | | 7:43 | 3524:39 |
| 1/23/2010 | | 4:00:00 PM | | 8:45:00 AM | VL | | | 15:15 | 3539:54 |
| 1/24/2010 | | 3:49:00 PM | | 12:42:00 AM | LV | | | 7:57 | 3547:51 |
| 1/26/2010 | | 3:50:00 PM | | 12:30:00 AM | LV | | | 7:45 | 3555:36 |
| 1/27/2010 | | 3:53:00 PM | | 12:23:00 AM | LV | | | 7:38 | 3563:14 |
| 1/28/2010 | | 3:50:00 PM | | 12:18:00 AM | | | | 7:33 | 3570:47 |
| 1/29/2010 | PERSONAL | | | | | | 7:30 | | 3578:17 |
| 1/30/2010 | | 4:03:00 PM | | 8:34:00 AM | US | | | 15:01 | 3593:18 |
| 2/1/2010 | | 3:57:00 PM | | 12:33:00 AM | LV | | | 7:48 | 3601:06 |
| 2/2/2010 | | 4:12:00 PM | LV | 12:21:00 AM | LV | | | 7:24 | 3608:30 |
| 2/3/2010 | | 3:49:00 PM | | 12:50:00 AM | VL | | | 8:05 | 3616:35 |
| 2/5/2010 | | 3:49:00 PM | | 12:29:00 AM | LV | | | 7:44 | 3624:19 |
| 2/6/2010 | | 3:53:00 PM | | 8:40:00 AM | VL | | | 15:10 | 3639:29 |
| 2/7/2010 | | 4:00:00 PM | | 12:22:00 AM | LV | | | 7:37 | 3647:06 |
| 2/9/2010 | | 4:00:00 PM | | 1:22:00 AM | VL | | | 8:37 | 3655:43 |
| 2/10/2010 | | 3:55:00 PM | | 1:01:00 AM | VL | | | 8:16 | 3663:59 |
| 2/11/2010 | | 4:00:00 PM | | 12:19:00 AM | | | | 7:34 | 3671:33 |
| 2/12/2010 | | 3:55:00 PM | | 9:55:00 AM | VL | | | 16:25 | 3687:58 |
| 2/15/2010 | | 4:03:00 PM | | 12:35:00 AM | LV | | | 7:50 | 3695:48 |
| 2/15/2010 | Washington Birthday | | | | | | 7:30 | | 3703:18 |
| 2/16/2010 | | 4:01:00 PM | | 12:50:00 AM | VL | | | 8:05 | 3711:23 |
| 2/17/2010 | | 4:03:00 PM | | 12:22:00 AM | LV | | | 7:37 | 3719:00 |
| 2/18/2010 | | 3:58:00 PM | | 12:49:00 AM | VL | | | 8:04 | 3727:04 |
| 2/20/2010 | | 3:58:00 PM | | 12:22:00 AM | LV | | | 7:37 | 3734:41 |
| 2/21/2010 | | 4:02:00 PM | | 8:36:00 AM | VL | | | 15:06 | 3749:47 |
| 2/22/2010 | | 3:54:00 PM | | 12:15:00 AM | | | | 7:30 | 3757:17 |
| 2/24/2010 | | 4:01:00 PM | | 12:50:00 AM | VL | | | 8:05 | 3765:22 |
| 2/25/2010 | | 4:00:00 PM | | 12:21:00 AM | LV | | | 7:36 | 3772:58 |

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 8/04/2008 - 1/11/2011 | Data Up to Date: | 6/4/2012 3:13:58 PM |
| Query: | Previously Selected Employee(s) | Executed on: | 6/4/2012 3:14:06 PM |
| Actual/Adjusted: | Actual hours only | Printed for: | tcornet |
| | | Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr Work Rule | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2/26/2010 | | 3:50:00 PM | | 12:22:00 AM LV | | | | 7:37 | 3780:35 |
| 2/27/2010 | | 3:59:00 PM | US | 12:37:00 AM | | | | 7:53 | 3788:28 |
| 2/28/2010 | | 4:00:00 PM | US | 12:38:00 AM | | | | 7:53 | 3796:21 |
| 3/1/2010 | | 4:01:00 PM | | 7:30:00 AM VL | | | | 14:00 | 3810:21 |
| 3/2/2010 | | 3:56:00 PM | | 12:28:00 AM LV | | | | 7:43 | 3818:04 |
| 3/3/2010 | | 3:56:00 PM | | 12:49:00 AM VL | | | | 8:04 | 3826:08 |
| 3/5/2010 | | 3:58:00 PM | | 12:20:00 AM LV | | | | 7:35 | 3833:43 |
| 3/5/2010 | ADMIN RECALC | | | | | | 0:00 | 8:13 | 3841:56 |
| 3/6/2010 | | 4:03:00 PM | | 12:58:00 AM VL | | | | 8:13 | 3841:56 |
| 3/7/2010 | | 3:59:00 PM | | 8:30:00 AM VL | | | | 15:00 | 3856:56 |
| 3/9/2010 | | 3:55:00 PM | | 12:35:00 AM LV | | | | 7:50 | 3864:46 |
| 3/10/2010 | | 3:52:00 PM | | 12:26:00 AM LV | | | | 7:41 | 3872:27 |
| 3/11/2010 | | 3:58:00 PM | | 12:19:00 AM | | | | 7:34 | 3880:01 |
| 3/12/2010 | | 3:50:00 PM | | 12:22:00 AM LV | | | | 7:37 | 3887:38 |
| 3/13/2010 | | 4:03:00 PM | US | 12:23:00 AM | | | | 7:35 | 3895:13 |
| 3/14/2010 | | 3:57:00 PM | US | 12:25:00 AM | | | | 7:43 | 3902:56 |
| 3/15/2010 | | 4:00:00 PM | | 12:22:00 AM LV | | | | 7:37 | 3910:33 |
| 3/16/2010 | | 4:03:00 PM | | 12:22:00 AM LV | | | | 7:37 | 3918:10 |
| 3/17/2010 | | 4:00:00 PM | | 12:30:00 AM LV | | | | 7:45 | 3925:55 |
| 3/19/2010 | | 3:54:00 PM | | 12:46:00 AM VL | | | | 8:01 | 3933:56 |
| 3/20/2010 | | 3:59:00 PM | | 12:25:00 AM LV | | | | 7:40 | 3941:36 |
| 3/21/2010 | | 3:57:00 PM | | 12:23:00 AM LV | | | | 7:38 | 3949:14 |
| 3/22/2010 | | 4:03:00 PM | | 12:44:00 AM LV | | | | 7:59 | 3957:13 |
| 3/24/2010 | | 3:58:00 PM | | 1:13:00 AM VL | | | | 8:28 | 3965:41 |
| 3/25/2010 | | 3:56:00 PM | | 12:41:00 AM LV | | | | 7:56 | 3973:37 |
| 3/26/2010 | | 3:55:00 PM | | 8:32:00 AM VL | | | | 15:02 | 3988:39 |
| 3/27/2010 | | 4:00:00 PM | US | 12:49:00 AM | | | | 8:04 | 3996:43 |
| 3/29/2010 | | 3:57:00 PM | | 12:38:00 AM LV | | | | 7:53 | 4004:36 |

## Time Detail

| | |
|---|---|
| Time Period: | 8/04/2008 - 1/11/2011 |
| Query: | Previously Selected Employee(s) |
| Actual/Adjusted: | Actual hours only |

| | |
|---|---|
| Data Up to Date: | 6/4/2012 3:13:58 PM |
| Executed on: | 6/4/2012 3:14:06 PM |
| Printed for: | tcornet |
| Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr. Work Rule | Money Amount | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 7/17/2010 | | 4:00:00 PM | | 12:19:00 AM | | | | 7:34 | 4872:51 |
| | | | US | | | | | | |
| 7/19/2010 | | 4:04:00 PM | | 12:26:00 AM | | | | 7:41 | 4880:32 |
| | | | | | LV | | | | |
| 7/20/2010 | | 3:56:00 PM | | 12:26:00 AM | | | | 7:41 | 4888:13 |
| | | | | | LV | | | | |
| 7/21/2010 | | 4:01:00 PM | | 12:19:00 AM | | | | 7:34 | 4895:47 |
| 7/23/2010 | | 4:04:00 PM | | 12:26:00 AM | | | | 7:41 | 4903:28 |
| | | | | | LV | | | | |
| 7/24/2010 | | 4:04:00 PM | | 8:32:00 AM | | | | 15:02 | 4918:30 |
| | | | | | VL | | | | |
| 7/25/2010 | | 4:02:00 PM | | 8:59:00 AM | | | | 15:29 | 4933:59 |
| | | | | | VL | | | | |
| 7/27/2010 | | 4:03:00 PM | | 12:31:00 AM | | | | 7:46 | 4941:45 |
| | | | | | LV | | | | |
| 7/28/2010 | | 3:59:00 PM | | 12:48:00 AM | | | | 8:03 | 4949:48 |
| | | | | | VL | | | | |
| 7/29/2010 | | 3:54:00 PM | | 12:21:00 AM | | | | 7:36 | 4957:24 |
| | | | | | LV | | | | |
| 7/30/2010 | | 4:02:00 PM | | 8:41:00 AM | | | | 15:11 | 4972:35 |
| | | | | | VL | | | | |
| 7/31/2010 | | 4:03:00 PM | | 12:26:00 AM | | | | 7:38 | 4980:13 |
| | | | US | | | | | | |
| 8/2/2010 | | 4:03:00 PM | | 12:47:00 AM | | | | 8:02 | 4988:15 |
| | | | | | VL | | | | |
| 8/3/2010 | | 4:02:00 PM | | 12:47:00 AM | | | | 8:02 | 4996:17 |
| | | | | | VL | | | | |
| 8/5/2010 | | 4:00:00 PM | | 12:56:00 AM | | | | 8:11 | 5004:28 |
| | | | | | VL | | | | |
| 8/6/2010 | | 3:59:00 PM | | 12:24:00 AM | | | | 7:39 | 5012:07 |
| | | | | | LV | | | | |
| 8/7/2010 | | 3:55:00 PM | | 8:55:00 AM | | | | 15:25 | 5027:32 |
| | | | | | VL | | | | |
| 8/8/2010 | | 4:04:00 PM | | 12:28:00 AM | | | | 7:43 | 5035:15 |
| | | | | | LV | | | | |
| 8/10/2010 | | 3:54:00 PM | | 12:28:00 AM | | | | 7:43 | 5042:58 |
| | | | | | LV | | | | |
| 8/11/2010 | | 4:02:00 PM | | 12:25:00 AM | | | | 7:40 | 5050:38 |
| | | | | | LV | | | | |
| 8/12/2010 | | 4:01:00 PM | | 12:20:00 AM | | | | 7:35 | 5058:13 |
| | | | | | LV | | | | |
| 8/13/2010 | | 4:00:00 PM | | 12:25:00 AM | | | | 7:40 | 5065:53 |
| | | | | | LV | | | | |
| 8/14/2010 | | 4:00:00 PM | | 12:51:00 AM | | | | 8:06 | 5073:59 |
| | | | US | | | | | | |
| 8/15/2010 | | 3:55:00 PM | | 8:40:00 AM | | | | 15:15 | 5089:14 |
| | | | US | | | | | | |
| 8/16/2010 | | 3:52:00 PM | | 12:46:00 AM | | | | 8:01 | 5097:15 |
| | | | | | VL | | | | |
| 8/17/2010 | | 3:56:00 PM | | 12:21:00 AM | | | | 7:36 | 5104:51 |
| | | | | | LV | | | | |
| 8/19/2010 | PERSONAL | | | | | | 7:30 | | 5112:21 |
| 8/20/2010 | | 4:04:00 PM | | 12:27:00 AM | | | | 7:42 | 5120:03 |
| | | | | | LV | | | | |

## Time Detail

| | | |
|---|---|---|
| Time Period: | 8/04/2008 - 1/11/2011 | |
| Query: | Previously Selected Employee(s) | |
| Actual/Adjusted: | Actual hours only | |

| | | |
|---|---|---|
| Data Up to Date: | 6/4/2012 3:13:58 PM | |
| Executed on: | 6/4/2012 3:14:06 PM | |
| Printed for: | tcornet | |
| Insert Page Break After Each Employee: | | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 8/21/2010 | | 4:00:00 PM | | 12:34:00 AM | LV | | | 7:49 | 5127:52 |
| 8/22/2010 | | 4:05:00 PM | | 8:46:00 AM | VL | | | 15:16 | 5143:08 |
| 8/23/2010 | | 4:02:00 PM | | 12:41:00 AM | LV | | | 7:56 | 5151:04 |
| 8/24/2010 | | 4:00:00 PM | | 1:11:00 AM | US | | | 8:26 | 5159:30 |
| 8/25/2010 | | 4:00:00 PM | | 12:24:00 AM | LV | | | 7:39 | 5167:09 |
| 8/26/2010 | | 4:00:00 PM | | 12:22:00 AM | LV | | | 7:37 | 5174:46 |
| 8/27/2010 | | 4:02:00 PM | | 12:26:00 AM | LV | | | 7:41 | 5182:27 |
| 8/28/2010 | | 3:59:00 PM | | 12:24:00 AM | US | | | 7:40 | 5190:07 |
| 8/30/2010 | SICK RN and LCL 144 | | | | | | 7:30 | | 5197:37 |
| 8/31/2010 | SICK RN and LCL 144 | | | | | | 7:30 | | 5205:07 |
| 9/1/2010 | | 4:02:00 PM | | 1:00:00 AM | VL | | | 8:15 | 5213:22 |
| 9/3/2010 | | 4:02:00 PM | | 12:25:00 AM | LV | | | 7:40 | 5221:02 |
| 9/4/2010 | | 3:56:00 PM | | 12:26:00 AM | LV | | | 7:41 | 5228:43 |
| 9/5/2010 | | 4:01:00 PM | | 12:27:00 AM | LV | | | 7:42 | 5236:25 |
| 9/6/2010 | Labor Day | | | | | | 7:30 | | 5243:55 |
| 9/7/2010 | | 3:52:00 PM | | 12:26:00 AM | LV | | | 7:41 | 5251:36 |
| 9/8/2010 | | 4:02:00 PM | | 12:49:00 AM | VL | | | 8:04 | 5259:40 |
| 9/9/2010 | | 3:56:00 PM | | 8:48:00 AM | VL | | | 15:18 | 5274:58 |
| 9/10/2010 | | 3:53:00 PM | | 12:48:00 AM | VL | | | 8:03 | 5283:01 |
| 9/11/2010 | | 4:02:00 PM | | 12:26:00 AM | US | | | 7:39 | 5290:40 |
| 9/13/2010 | | 4:00:00 PM | | 12:45:00 AM | VL | | | 8:00 | 5298:40 |
| 9/14/2010 | | 4:00:00 PM | | 12:28:00 AM | LV | | | 7:43 | 5306:23 |
| 9/15/2010 | | 3:56:00 PM | | 12:31:00 AM | LV | | | 7:46 | 5314:09 |
| 9/17/2010 | | 4:00:00 PM | | 12:30:00 AM | LV | | | 7:45 | 5321:54 |
| 9/18/2010 | | 4:00:00 PM | | 12:26:00 AM | LV | | | 7:41 | 5329:35 |
| 9/19/2010 | | 4:02:00 PM | | 12:21:00 AM | LV | | | 7:36 | 5337:11 |
| 9/21/2010 | | 3:58:00 PM | | 12:24:00 AM | LV | | | 7:39 | 5344:50 |
| 9/22/2010 | | 3:56:00 PM | | 12:27:00 AM | LV | | | 7:42 | 5352:32 |
| 9/23/2010 | | 3:59:00 PM | | 12:26:00 AM | LV | | | 7:41 | 5360:13 |

## Time Detail

| | | | |
|---|---|---|---|
| Time Period: | 8/04/2008 - 1/11/2011 | Data Up to Date: | 6/4/2012 3:13:58 PM |
| Query: | Previously Selected Employee(s) | Executed on: | 6/4/2012 3:14:06 PM |
| Actual/Adjusted: | Actual hours only | Printed for: | tcornet |
| | | Insert Page Break After Each Employee: | No |

| Date Xfr/Move: | Apply To Account | In Punch | In Exc Comment | Out Punch | Out Exc Xfr: | Money Amount Work Rule | Adj/Ent Amount | Totaled Amount | Cum. Tot. Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/3/2010 | | 3:59:00 PM | | 12:49:00 AM VL | | | | 8:04 | 5878:05 |
| 12/4/2010 | | 3:58:00 PM | US | 8:48:00 AM | | | | 15:20 | 5893:25 |
| 12/6/2010 | | 3:48:00 PM | | 12:24:00 AM LV | | | | 7:39 | 5901:04 |
| 12/7/2010 | | 3:58:00 PM | | 12:24:00 AM LV | | | | 7:39 | 5908:43 |
| 12/8/2010 | SICK RN and LCL 144 | | | | | | 7:30 | | 5916:13 |
| 12/9/2010 | SICK RN and LCL 144 | | | | | | 7:30 | | 5923:43 |
| 12/11/2010 | | 4:01:00 PM | | 8:36:00 AM VL | | | | 15:06 | 5938:49 |
| 12/12/2010 | | 4:00:00 PM | | 12:43:00 AM LV | | | | 7:58 | 5946:47 |
| 12/13/2010 | | 3:50:00 PM | | 12:19:00 AM | | | | 7:34 | 5954:21 |
| 12/14/2010 | | 3:51:00 PM | US | 12:42:00 AM | | | | 8:06 | 5962:27 |
| 12/15/2010 | | 3:58:00 PM | | 12:46:00 AM VL | | | | 8:01 | 5970:28 |
| 12/16/2010 | | 3:58:00 PM | | 12:29:00 AM LV | | | | 7:44 | 5978:12 |
| 12/17/2010 | | 4:02:00 PM | | 12:25:00 AM LV | | | | 7:40 | 5985:52 |
| 12/18/2010 | | 4:02:00 PM | US | 12:25:00 AM | | | | 7:38 | 5993:30 |
| 12/20/2010 | | 3:50:00 PM | | 12:29:00 AM LV | | | | 7:44 | 6001:14 |
| 12/21/2010 | | 4:04:00 PM | | 7:15:00 AM VL | | | | 13:45 | 6014:59 |
| 12/22/2010 | VACATION | | | | | | 7:30 | | 6022:29 |
| 12/23/2010 | HOLIDAY THANKSGIVING | | | | | | 7:30 | | 6029:59 |
| 12/25/2010 | | 3:57:00 PM | | 12:49:00 AM VL | | | | 8:04 | 6038:03 |
| 12/25/2010 | Christmas Day | | | | | | 7:30 | | 6045:33 |
| 12/26/2010 | | 3:56:00 PM | | 9:05:00 AM VL | | | | 15:35 | 6061:08 |
| 12/27/2010 | | 3:48:00 PM | | 1:00:00 AM VL | | | | 8:15 | 6069:23 |
| 12/29/2010 | | 2:55:00 PM | EV | 1:18:00 AM VL | | | | 9:38 | 6079:01 |
| 12/30/2010 | | 4:07:00 PM | LV | 12:35:00 AM LV | | | | 7:43 | 6086:44 |
| 12/31/2010 | | 3:59:00 PM | | 1:08:00 AM VL | | | | 8:23 | 6095:07 |
| 1/1/2011 | New Years Day | | | | | | 7:30 | | 6102:37 |
| 1/3/2011 | | 3:55:00 PM | | 12:36:00 AM LV | | | | 7:51 | 6110:28 |
| 1/4/2011 | | 4:02:00 PM | | 1:38:00 AM VL | | | | 8:53 | 6119:21 |
| 1/5/2011 | | 4:02:00 PM | | 1:08:00 AM VL | | | | 8:23 | 6127:44 |
| 1/7/2011 | | 3:58:00 PM | | 12:58:00 AM VL | | | | 8:13 | 6135:57 |
| 1/8/2011 | | 4:03:00 PM | | 12:52:00 AM VL | | | | 8:07 | 6144:04 |